Ryan M. Davies – Bar No. 192598
Lauren E. Tew – Bar No. 292232
Donna Bakalor – Bar No. 261333
AMSL Legal Group, LLP
400 Exchange, Suite 100
Irvine, CA 92602
949.265.9940/Fax 949.236.5567
8686-018465-B00

Attorneys for Secured Creditor, Nationstar Mortgage LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br>John Erick Marin and Maria Rhea Ramilo Marin<br><br>Debtor(s). | Case No. 14-40228<br><br>(Chapter 13)<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Request is hereby made by **Nationstar Mortgage LLC**, that its attorneys, Ryan M. Davies, Lauren E. Tew, and Donna Bakalor of AMSL Legal Group, LLP located at 400 Exchange, Suite 100, Irvine, CA 92602, receive notice of all pleadings, papers, notices, applications, amendments, orders and all other matters in the above-referenced proceedings.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 7/30/14 | AMSL Legal Group, LLP |
| 3 | | |
| 4 | | By |
| 5 | | Ryan M Davies<br>Attorney for Secured Creditor<br>**Nationstar Mortgage LLC** |