SALLY J. ELKINGTON, SBN 142619
ELKINGTON LAW
409 13th Street, 10th Floor
Oakland, CA 94612
Telephone:   (510) 465-0404
Facsimile:   (510) 465-0202
E-mail       sally@elkingtonlaw.com

Attorney for Debtor
John Erick Marin

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                               CASE NO. 14-40228

    John Erick Marin,                             Chapter 13

                              Debtor.        **AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY**
_____/

    PLEASE TAKE NOTICE that debtor, John Erick Marin , substitute Sally J. Elkington, Attorney at Law, 409 13th Street, 10th Floor, Oakland, CA 94612, Telephone: 510-465-0404, Facsimile: 510-465-0202 as attorney of record in this action.

Date:   January 30, 2015

                                        John Erick Marin_____
                                        John Erick Marin

I accept this substitution.

Date:   January 30, 2015

                                        Sally J. Elkington_____
                                        Sally J. Elkington
                                        Attorney at Law

bankruptcy\substitution.att