ELKINGTON LAW
SALLY J. ELKINGTON SBN 142619
409 13th Street, Tenth Floor
Oakland, CA 94612
Telephone:     510-465-0404
Facsimile:     510-465-0202
email:  sally@elkingtonlaw.com

Attorney for Debtor
John Erick Marin

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                         CASE NO. 14-40228-RLE

     John Erick Marin,
                                               MOTION TO DISMISS CASE AS TO JOHN
                                               ERICK MARIN ONLY
          DEBTOR

_____/

     Pursuant to 11 U.S.C. Section 1307(b), Debtor requests the above entitled Chapter 13 Case be

dismissed, and declare that the above case was not previously converted under 11 U.S.C. sections 706,

112 or 1208 or that there are any pending motions to convert this case to Chapter 7 or pending motions

to dismiss with prejudice.


Dated: February 23, 2015

                        SALLY J. ELKINGTON_____
                        SALLY J. ELKINGTON
                        Attorney for Debtor

I declare under penalty of perjury that the foregoing is true and correct.

     Executed at Oakland, California on February 23, 2015.


                        John Erick Marin_____
                        John Erick Marin