**ELKINGTON LAW**
SALLY J. ELKINGTON SBN 142619
409 13th Street, 10th Floor
Oakland, CA 94612
Telephone: 510-465-0404
Facsimile: 510-465-0202
email: sally@elkingtonlaw.com

Attorney for Debtor
JOHN ERICK MARIN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CHAPTER 13 |
| JOHN ERICK MARIN, | CASE NO. 14-40228-RLE13 |
| DEBTOR. | NOTICE OF MOTION TO DISMISS CASE AND OPPORTUNITY FOR HEARING |

NOTICE IS HEREBY GIVEN that the debtor has filed a Motion to Dismiss the Chapter 13 Plan as to John Erick Marin Only ("Motion") and, pursuant to Bankruptcy Rule 2002 and Bankruptcy Local Rule 9014-1, **you have seven (7) days from the date of service of this notice for you to request a hearing on the Application. Any such request for hearing must: (1) Be filed with the court and served upon the initiating party and the Chapter 13 Trustee; and (2) Be accompanied by any declarations and/or memoranda of law the requesting party wishes to present in support of this position. If a request for hearing is timely made, the initiating party shall timely set the matter for hearing and give at least (10) days written notice of the date of the hearing to the requesting party, and the Chapter 13 Trustee. If a request for hearing is not timely made, the court may enter an order approving the Application by default.**

Dated: February 24, 2015                           SALLY J. ELKINGTON_____
                                                  SALLY J. ELKINGTON
                                                  Attorney for Debtor

\\ELKSERVER\Time Matters\_Erick_ _. Marin\1348 NOTICE ON MTD.frm