```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 14-40228 RLE** |
| **MARIA RHEA RAMILO MARIN,** | **Chapter 13** |
| Debtor. _____/ | **MOTION TO DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. 1307(b)** |

Maria Rhea Ramilo Marin, debtor herein, hereby requests that her Chapter 13 case be dismissed pursuant to 11 U.S.C. 1307(b). On January 17, 2014, a voluntary Chapter 13 petition was filed by the Debtor. The above captioned case has not been previously converted from another Chapter. Furthermore, there are no pending motions to convert to another Chapter or to dismiss the case with prejudice.

Dated: April 1, 2015

/s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor